UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                    :
HDL INVESTMENT, LLC,
                                    :
            Plaintiff,                     09 Civ. 5384 (WHP)
                                    :
         -against-                       SCHEDULING ORDER
                                    :
CITIGROUP ALTERNATIVE
INVESTMENTS LLC et al.,            :

            Defendants.             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/29/09

WILLIAM H. PAULEY III, District Judge:

Counsel for the parties having appeared for a September 25, 2009 conference, the

following is established on consent:

>   (1) The parties shall file and serve any amended pleadings by October 23,
>       2009; and
>
>   (2) Discovery shall be completed by June 30, 2010.

Dated:    September 25, 2009
          New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Ethan Andrew Brecher, Esq.
Liddle & Robinson, LLP
800 Third Avenue, 8th Floor
New York , NY 10022
*Counsel for Plaintiff*

Anthony Mathias Candido, Esq.
Clifford Chance US, LLP (NYC)
31 West 52nd Street
New York , NY 10019
*Counsel for Defendants Citigroup Alternative Investments and CSO Partners Ltd*

Randall R. Rainer, Esq.
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue, Suite 1200
New York , NY 10110
*Counsel for Defendants Corporate Special Opportunities, CSO US Ltd and CSO Ltd.*