UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HDL INVESTMENTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CITIGROUP ALTERNATIVE INVESTMENTS LLC, CORPORATE SPECIAL OPPORTUNITIES LTD., CSO PARTNERS LTD, CSO US LTD., and CSO LTD., <br><br> Defendants. | 09 Civ. 5384 (WHP) <br> ECF CASE |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) AS AGAINST DEFENDANT CSO LTD.

PLEASE TAKE NOTICE that the above-captioned action is voluntarily dismissed, without prejudice, as against Defendant CSO Ltd. only, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). All other defendants – Citigroup Alternative Investments, LLC, Corporate Special Opportunities Ltd., CSO Partners Ltd. and CSO US Ltd. – remain parties to this action.

Dated: New York, New York
October 29, 2009

LIDDLE & ROBINSON, L.L.P.

By: _____s/_____
    Jeffrey L. Liddle
    Ethan A. Brecher
    Maryana A. Kodner

800 Third Avenue
New York, New York 10022
(212) 687-8500
jliddle@liddlerobinson.com
ebrecher@liddlerobinson.com
mkodner@liddlerobinson.com

*Attorneys for Plaintiff*